IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

KENNETH McINTOSH, :
:
    Plaintiff, :
:
vs. :
: CIVIL ACTION 13-0296-M
CAROLYN W. COLVIN, :
Social Security Commissioner, :
:
    Defendant. :

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** be entered in favor of Defendant Carolyn W. Colvin and against Plaintiff Kenneth McIntosh.

DONE this 18th day of Decmeber, 2013.

                                  s/BERT W. MILLING, JR.
                                  UNITED STATES MAGISTRATE JUDGE